IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| SHIRLEY A. LEWIS | § | PLAINTIFF |
|---|---|---|
| | § | |
| v. | § | CAUSE NO. 1:06CV1110-LG-JMR |
| | § | |
| DONALD C. WINTER, Secretary of the Navy | § § § | DEFENDANT |

## JUDGMENT

This cause is before the Court on the Defendant's Motion to Dismiss, or in the Alternative, for Summary Judgment [17], the issues having been duly heard and considered and a decision having been duly rendered by separate Memorandum Opinion;

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Defendant's Motion to Dismiss, or in the Alternative, for Summary Judgment [17], should be, and is hereby **GRANTED.**

**IT IS FURTHER ORDERED AND ADJUDGED** that the Plaintiff's claims should be and are hereby **DISMISSED WITH PREJUDICE.**

**SO ORDERED AND ADJUDGED** this the 17th day of December, 2008.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE